# In the United States Court of Federal Claims

No. 18-560C
(Filed May 10, 2018)
NOT FOR PUBLICATION

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
                                              *
                                              *
AMAR HEALTH IT, LLC,                          *
                                              *
        Plaintiff,                            *
              v.                              *
                                              *
THE UNITED STATES,                            *
                                              *
        Defendant,                            *
                                              *
           And,                               *
                                              *
ZOLON TECH, INC.,                             *
                                              *
    Defendant-Intervenor.                     *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

For the reasons stated on the record at today's hearing, the protest before the Court concerns the issuance of a task order and is thus not within our subject-matter jurisdiction due to 41 U.S.C. § 4106(f)(1). Accordingly, the motions of the government and intervenor to dismiss the complaint are **GRANTED**, and this case is **DISMISSED** pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims. The Clerk shall close the case.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge